IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

MYCARDIO LLC, a Delaware limited liability company,

    Plaintiff,

v.

BLACKSTONE MEDICAL SERVICES, LLC, a Florida limited liability company,

    Defendant.

## COMPLAINT

Plaintiff MyCardio LLC ("MyCardio") respectfully submits its Verified Complaint against Blackstone Medical Services, LLC ("Blackstone") as follows.

### INTRODUCTION

1. MyCardio is a leader in the medical industry for sleep diagnostic solutions. One of its innovations includes its "SleepImage" technology, which helps physicians collect and analyze sleep data for the intended use of diagnosing sleep disordered breathing (sleep apnea). This technology uses both a hardware component and a software component. The hardware component is a recording device called the SleepImage Ring, used to collect physiological data during sleep. The software component—more precisely, Software as a Medical Device (SaMD)—is a cloud-based software called the SleepImage System, for use by licensed healthcare practitioners to process and analyze the recorded data. It allows for clinical interpretation, so practitioners can access reports about a patient's condition based on the test results and then prescribe treatment.

1

2. MyCardio generates revenue by entering into sales agreements with healthcare providers for SleepImage's services. MyCardio and Blackstone entered into a Sales Agreement dated February 28, 2022, and signed an Addendum to that agreement dated August 1, 2023. A true and correct copy of the Sales Agreement is attached hereto as **Exhibit 1**. A true and correct copy of the Addendum is attached hereto as **Exhibit 2**. Collectively, the Sales Agreement and Addendum are referred to as the "Agreement." Both documents clearly specify the pricing that Blackstone must pay for SleepImage's services.

3. While MyCardio has performed its obligations under the Agreement, Blackstone has failed to pay what is clearly due. As of May 29, 2024, Blackstone was in arrears to the tune of $861,925.45. It is contractually obligated to pay this amount, and its failure to do so has caused MyCardio substantial damages.

**PARTIES**

4. MyCardio is a Delaware limited liability company with offices at 3200 E. Cherry Creek South Drive, Suite 540, Denver, Colorado 80209.

5. Blackstone is a Florida limited liability company with offices at 550 N. Reo Street, Suite 250, Tampa, Florida 33609.

**JURISDICTION AND VENUE**

6. The Court has subject matter jurisdiction over this case under 28 U.S.C. § 1332 because the parties are citizens of different states—SleepImage's members are residents only of Colorado and Texas, and, on information and belief, no member of Blackstone is a resident of either Colorado or Texas—and the amount in controversy exceeds $75,000.

7. The Court has personal jurisdiction over Blackstone in this case because

Blackstone contracted with SleepImage in Colorado, Blackstone agreed that Colorado law governs all matters relating to the Agreement including performance, Blackstone agreed to "submit to the jurisdiction of any state or federal court . . . sitting in the State of Colorado, County of Denver, in any action, suit or proceeding arising out of or relating to [the] Agreement," and because Blackstone agreed that "all claims with respect to such action, suit or proceeding shall be heard and determined in such a Colorado state or federal court." *See* **Exhibit 1**, § 10(e).

8. Venue is proper in this District under 28 U.S.C. § 1391(b)(2) and (3) because a substantial part of the events or omissions giving rise to this lawsuit occurred in Colorado and because Blackstone expressly agreed to "submit to the jurisdiction" of the courts in this District and expressly "consent[ed] to and grant[ed] any such court jurisdiction over the person" of Blackstone. *See* **Exhibit 1**, § 10(e). Blackstone expressly agreed to purchase products and services from MyCardio in Colorado, and to pay MyCardio, which is located in Colorado, for its products and services. *See* **Exhibit 1**, § 1(a) and (b). Moreover, SleepImage's sleep recording devices were shipped from Colorado and SleepImage provides its services from Colorado.

## FACTUAL BACKGROUND

9. MyCardio developed a cloud-based Software as a Medical Device (as described in FDA 510k Clearance No. K182618) (the "SleepImage System"), intended for use by or on the order of licensed healthcare professionals, that automatically analyzes data typically collected during sleep, and provides graphical and numerical presentations of the processed data, including reports that can be downloaded or printed.

10. Healthcare practitioners can access the SleepImage System and obtain the analysis, displays, presentations, and reports generated by the SleepImage System (collectively, the "SleepImage Services") only by purchasing a compatible hardware recording device known as the SleepImage Ring (a "Recorder");

11. Blackstone is an independent diagnostic testing facility that provides sleep testing services to patients referred to them by an attending physician or other licensed healthcare practitioners.

12. Blackstone and MyCardio entered into a "Sales Agreement" dated February 28, 2022, under which Blackstone agreed to purchase Recorders and Services from MyCardio, and MyCardio agreed to sell the Recorders and Services to Blackstone, in accordance with the terms and conditions set forth in the Sales Agreement. **Exhibit 1**.

13. Blackstone and MyCardio entered into a "Sales Agreement Addendum" dated August 1, 2023, which updated MyCardio's address and changed the business terms as outlined in an updated Exhibit A attached to the Sales Agreement Addendum. **Exhibit 2**.

14. Under the Agreement, Blackstone purchased Recorders and Services from MyCardio, and MyCardio sold the Recorders and provided the Services to Blackstone, under the terms of the Agreement.

15. MyCardio also issued invoices to Blackstone for the provision of the Recorders and Services in accordance with paragraph 2 of the Sales Agreement and Exhibit A thereto.

16. Until about September 2023, Blackstone paid the invoices for the Recorders and Services it received from MyCardio.

17.     Beginning in or about September 2023, however, Blackstone failed to pay MyCardio's invoices for the Services that MyCardio provided to Blackstone under the Agreement.

18.     As of March 15, 2024, the total amount of Blackstone's outstanding unpaid invoices for the SleepImage Services was $746,485.45. Attached as **Exhibit 3** is a true and correct copy of MyCardio's March 15, 2024 letter to Blackstone listing invoice numbers, invoice dates, due dates, invoice amounts, and the total unpaid balance that Blackstone owed to MyCardio for the unpaid invoices as of that date, and notifying Blackstone of its breach of the Agreement for failure to pay.

19.     As of May 29, 2024, the total amount of Blackstone's outstanding unpaid invoices for the SleepImage Services was $861,925.45. Attached as **Exhibit 4** is a true and correct copy of an updated Aging Detail Report, listing invoice numbers, invoice dates, due dates, invoice amounts, and the total unpaid balance that Blackstone owed to MyCardio for the unpaid invoices as of May 29, 2024.

20.     Pursuant to Section 7(b) of the Agreement, following the written notice MyCardio provided to Blackstone on March 15, 2024 of Blackstone's breach of the Agreement, MyCardio terminated the Agreement on May 29, 2024. Attached as **Exhibit 5** is a true and correct copy of MyCardio's Termination of Sales Agreement.

### FIRST CLAIM FOR RELIEF
### (Breach of Contract)

21.     Plaintiffs MyCardio realleges and incorporates all allegations alleged above.

22.     MyCardio and Blackstone had an Agreement under which Blackstone agreed to purchase Recorders and Services from MyCardio, and MyCardio agreed to sell the Recorders

and Services to Blackstone, in accordance with the terms and conditions set forth in the Agreement.

23. MyCardio has fully performed its obligations under the Agreement by providing Recorders and Services to Blackstone.

24. Blackstone has materially breached the Agreement by failing to pay MyCardio for Services it has received since approximately September 2023.

25. Blackstone's breach has caused MyCardio to suffer damages in an amount to be proven at trial, but in no case less than the $861,925.45 that Blackstone owed to MyCardio as of May 29, 2024.

**RELIEF**

MyCardio respectfully requests that this Court enter judgment against Blackstone as follows:

1. Awarding MyCardio its damages caused by Blackstone's material breach of the Agreement in an amount to be proven at trial but in no case less than the $861,925.45 that Blackstone owed to MyCardio as of May 29, 2024;

2. Awarding MyCardio its "reasonable attorneys' fees" as allowed under Section 8(a) of the Sales Agreement;

3. Awarding MyCardio pre-judgment and post-judgment interest as allowed by law; and

4. Awarding MyCardio such other and further relief as the Court deems appropriate.

Respectfully submitted this 30th day of May, 2024.

                                      BRYAN CAVE LEIGHTON PAISNER LLP

*s/ Timothy M. Reynolds*
Timothy M. Reynolds
1801 13th Street, Ste. 300
Boulder, CO 80302-5259
Telephone: (303) 417-8529
Email:  timothy.reynolds@bclplaw.com

Marcia M. Levitan-Haffar
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone: (303) 861-7000
E-mail:  marcia.levitanhaffar@bclplaw.com

*Attorneys for Plaintiff*

Plaintiff's Address:
3200 E. Cherry Creek South Drive, Suite 540,
Denver, CO 80209